# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                      Case No.3:95cr3041LAC

DAVID STACEY

_____

## ORDER

Your document, **MOTION FOR REDUCTION OF SENTENCE pursuant to Title 18 U.S.C. 3582(c)(2), (Correction to Original Motion)**, was referred to the undersigned with the following deficiencies:

    The document does not have an original signature.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 1st day of May, 2008.

                                                  _s/L.A. Collier_____
                                                  LACEY A. COLLIER
                                                  SENIOR UNITED STATES DISTRICT JUDGE