# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                 CASE NO.  3:95cr3041 LAC

DAVID STACEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____ MAY 15, 2008 _____

Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18

U.S.C. § 3582(c)(2)   (Corrections to Original Motion) _____

Filed by  DEFENDANT PRO SE _____  on  5/15/08 _____  Doc.# 126 _____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____  Stipulated     _____  Joint Pldg.

_____  Unopposed     _____  Consented

                              WILLIAM M. McCOOL, CLERK OF COURT

_____        *s/Mary Maloy* _____

LC (1 OR 2)               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon  consideration  of  the  foregoing,  it  is  ORDERED  this  19th  day  of*

*May, 2008, that:*

*(a) The relief requested is **DENIED**.   MOOT.*

*(b) Sentence has already been reduced.  See Doc 123.*

_____  *s/L. A. Collier* _____

                             ***LACEY A. COLLIER***
                    ***Senior United States District Judge***

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

Document No.