**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS     CASE NO. 3:95cr3041 LAC

DAVID STACEY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   MAY 30, 2008
Motion/Pleadings: REBUTTAL TO DENIAL OF §3582(c)(2)
Filed by DEFENDANT PRO SE   on 5/29/08   Doc.# 128

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of June, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Sentence has already been reduced. See Doc 123.*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.